Opinion issued October 16, 2024



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00752-CV

_____

## IN RE HALLIBURTON MANUFACTURING CENTER AKA HALLIBURTON MANUFACTURING & LEASING COMPANY, LLC, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Halliburton Manufacturing Center a[lso] k[nown] a[s] Halliburton Manufacturing & Leasing Company, LLC filed a Petition for Writ of Mandamus, asserting the trial court abused its discretion by granting Real Party in Interest Christopher Dale Hughes' Motion to Exclude the Opinions of Economist Brian Piper

Ph.D.[1]  Relator also filed a Motion for Temporary Relief, requesting a stay of all proceedings in the trial court.  On October 7, 2024, the Court issued an administrative stay, staying only the October 21, 2024 trial setting.

We deny the petition for writ of mandamus.  TEX. R. APP. P. 52.8(a).  We lift the stay issued on October 7, 2024, and dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Kelly, Landau, and Rivas-Molloy.

---

[1] The underlying case is *Christopher Dale Hughes v. Halliburton Manufacturing Center a[lso] k[nown] a[s] Halliburton Manufacturing & Leasing Company, LLC and Drew McCord*, Cause No. 2022-63051, pending in the 127th District Court of Harris County, Texas, the Honorable Ravi K. Sandill presiding.